**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.

                                        Case No.: 8:04-cr-483-T-24TGW

EDUARDO ARIAS,

---

## ORDER

This case is before the Court on the Motion by the United States for Reduction of Defendant's Sentence pursuant to Fed. R. Crim. P. 35 and 18 USC § 3553(e). (Dkt. 268). Defendant filed a response and a request for a hearing. (Dkt. 272). The Court conducted a hearing on the Government's motion for reduction of Defendant's sentence on September 2, 2015. During the hearing, the Government requested a six-level reduction of Defendant's offense level.

Defendant was sentenced to 300 months in the Bureau of Prisons on June 3, 2005 for the crimes of possession with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States and conspiracy to possess with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States. At the time of sentencing, Defendant's total offense level was a 40, criminal history category I, and advisory guideline range 292 to 365 months.

The Court, having considered the Government's motion, the Defendant's response, and having conducted a hearing on September 2, 2015, determines that the Government's motion for reduction of sentence should be granted. Accordingly, the Motion by the United States for Reduction of Defendant's Sentence (Dkt. 268) is GRANTED to the extent that the Court departs downward six levels from a total offense level of 40, criminal history category I to a total offense

level 34, criminal history category I, and imposes a sentence of 151 months in the Bureau of

Prisons.  The remainder of the terms and condition of the sentence stay the same.  The Clerk is

directed to prepare an Amended Judgment.

        **DONE AND ORDERED** at Tampa, Florida, this 2nd day of September, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record